# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL JOHNSON

NO. 2019 KW 0721

**SEP 3 0 2019**

In Re:    Michael Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-01-0205.

**BEFORE:    McDONALD, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED.** "With a total of three convictions for crimes of violence, including his predicate offense of armed robbery, Johnson was exposed to a mandatory maximum penalty of life imprisonment at hard labor without benefit of parole, probation, or suspension of sentence, whether adjudicated a third or fourth offender." **State v. LeBlanc**, 2014-0163 (La. 1/9/15), 156 So.3d 1168, 1170 (per curiam). Furthermore, the sentence reductions in La. R.S. 15:308 apply retroactively only to inmates who were convicted or sentenced pursuant to one of the enumerated offenses listed in the statute prior to June 15, 2001. See La. R.S. 15:308(A)(1) & (2) (prior to amendment by 2014 La. Acts No. 340, § 1). Relator's life sentence, which was imposed in October 2002, is legal. Accordingly, the district court did not err by denying the motion to correct an illegal sentence.

**JMM**
**WRC**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT